# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:05-CR-00368 |
| v. | : | |
| CHRISTOPHER BERRY | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 14th day of January, 2021, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS:**

1. Petitioner's motion to vacate, set aside, or correct a criminal sentence under 28 U.S.C. § 2255 (Doc. 1144) is **DISMISSED** as untimely.

2. A certificate of appealability is **DENIED**.

3. The Clerk of Court is directed to close this case.

s/Jennifer P. Wilson<br>
JENNIFER P. WILSON<br>
United States District Court Judge<br>
Middle District of Pennsylvania